# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CLAUDIUS T. DAVIS

NO. 2025 KW 1133

**MARCH 9, 2026**

---

In Re: Claudius T. Davis, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 24-FELN-049128.

---

BEFORE: **MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.** The party seeking relief is responsible for filing and attaching all documents and exhibits in connection with an application for writs. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-5. The district attorney has entire charge and control of every criminal prosecution instituted or pending in his district, and determines whom, when, and how he shall prosecute. See La. Code Crim. P. art. 61. Only a final judgment or ruling is appealable. La. Code Crim. P. art. 912(A). A defendant may appeal a judgment which imposes sentence. La. Code Crim. P. art. 912(C)(1). Relator has not been convicted and sentenced in this case. Thus, he is not entitled to file an appeal and jurisdiction remains with the district court. In the future, in the event of an adverse pretrial ruling, should relator seek review of such ruling, he may invoke the supervisory jurisdiction of this court by filing a writ application. See La. Code Crim. P. art. 912.1(C)(1).

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT